**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------x

RANDY SANCHEZ, on behalf of himself           **Case No.: 1:24-cv-01197-HG**
and all others similarly situated,

                        Plaintiff,           **NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**
**WITHOUT COSTS**

                -against-

**CROWN ALLEY, LLC**

                  Defendant.
--------------------------------------------------------x


      **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall

be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without

costs, or disbursements, or attorneys' fees to any party.


Dated:  Jericho, New York
       May 20, 2024


                               Respectfully Submitted,

                               */ s / Noor A. Saab, Esq.*
                               *Attorney for Plaintiff*
                               The Law Office of Noor A. Saab
                               380 North Broadway, Penthouse West
                               Jericho, New York 11753
                               Tel: 718-740-5060
                               Email: noorasaablaw@gmail.com

1